UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Elaine M. Gustafson,

        Plaintiff,

vs.                                    ORDER ADOPTING THE REPORT
                                                  AND RECOMMENDATION

Michael J. Astrue, Commissioner of
Social Security,

        Defendant.                   Civ. No. 10-4962 (DSD/LIB)

* * * * * * * * * * * * * * * * * *

      Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

      Defendant's Motion for Summary Judgment (Doc. No. 22) is GRANTED and Plaintiff's Motion for Summary Judgment (Doc. No. 14) is DENIED.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December14, 2011

                                                           s/David S. Doty
                                                           David S. Doty, Judge
                                                           United States District Court